FREDERICK BEIERMEISTER, JR., et al., Appellants, *v.* THE CITY OF LONDON FIRE INSURANCE COMPANY, Respondent.

(Argued March 25, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 17, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*George B. Wellington* for appellants,

*C. S. Lester* for respondent.

Agree to affirm; no opinion.
All concur, except MAYNARD, J., not voting.
Judgment affirmed.